George M. Dexter, Respondent, v. Jetter Brewing Company, Appellant.— Motion to resettle order granted, without costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Walter F. Duckworth, Respondent, v. Patrick McSorley, Appellant.— Motion to resettle order granted, without costs.    Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.    Resettle order before Mr. Justice Miller.

Jonas Goldberg, Appellant, v. The Eastern Brewing Company, Respondent. — Motion to dismiss appeal denied, without costs.    Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Julia Hack, Respondent, v. Michael J. Dady, Appellant.— Motion denied, without costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Henry Hack, Respondent, v. Michael J. Dady, Appellant.— Motion denied, without costs.    Present — Jenks, Thomas, Rich and Miller, JJ.

Revelo O. Hagadone, Respondent, v. Normoyle & Quailey, Incorporated, Appellant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected within ten days.    Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Edwin A. Hayes, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.    Settle order before Mr. Justice Rich.

Hedden Construction Company, Respondent, v. Procter & Gamble Company, Appellant, Impleaded with Others, Defendants.— Motion to resettle order denied.    Reargument of the case ordered, and case set down for reargument Tuesday, December 7, 1909.    Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Wilhelmine Hoffman, Respondent, v. Bertha Wulstein, Appellant.— Motions denied, without costs, on condition that the defendant perfect her appeal by December ninth, otherwise motion granted, with ten dollars costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Thomas F. Hurley, Respondent, v. J. Van V. Olcott and Others, Receivers and Trustees of Milliken Brothers, Inc., Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

In the Matter of Lincoln G. Backus, an Attorney, on Petition of Ludlow W. Valentine.— Application referred to Hon. John Hill Morgan as referee to take proof and report with his opinion.    Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

In the Matter of the Application of William A. De Groot, Appellant, for a Writ of Mandamus to the Board of County Canvassers of the County of Queens, etc., and James F. McLaughlin, Respondents.— Motion granted and case set down for Wednesday, December 8, 1909.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.